IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP J CHARVAT, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:07-cv-01026 |
| | : | |
| v. | : | Judge Graham |
| | : | |
| SAGE TELECOM, INC., | : | Magistrate Judge Abel |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

NOW COME PLAINTIFF PHILIP J. CHARVAT and DEFENDANT SAGE TELECOM, INC., by and through their respective Trial Attorneys, who stipulate and agree that all of Plaintiff's claims asserted in this matter are hereby dismissed with prejudice pursuant to Rule 41(a)(1), F.R.C.P.

Respectfully submitted,                                Respectfully submitted,

/s/ Eric B. Gallon                                              /s/ John W. Ferron
Eric B. Gallon, Trial Attorney (0071465)     John W. Ferron, Trial Attorney (0024532)
egallon@porterwright.com                         jferron@ferronlaw.com
PORTER, WRIGHT, MORRIS & ARTHUR, LLP    Jessica G. Fallon, Of Counsel (0079169)
41 South High Street, 30th Floor                jfallon@ferronlaw.com
Columbus, Ohio 43215-6194                       FERRON & ASSOCIATES, LPA
(614) 227-2000, 227-2100 fax                    580 North Fourth Street, Suite 450
                                                                        Columbus, Ohio 43215-2125
Attorney for Defendant,                              (614) 228-5225, 228-3255 fax
Sage Telecom, Inc.

                                                                        Attorneys for Plaintiff,
Of Counsel:                                                   Philip J. Charvat

Michael B. Hopkins
Texas State Bar No. 00793976
Loewinsohn Flegle Deary, L.L.P.
12377 Merit Drive, Suite 900
Dallas, Texas  75251
(214) 572-1700 (Telephone)
(214) 572-1717 (Facsimile)
Email: mikeh@lfdlaw.com